```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0023--CR (JKS)
                 "USA V CHRISTIAN STEVEN GOMEZ"
               DEF 1.1 GOMEZ, CHRISTIAN STEVEN

     Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 03/15/05
             Closed: 11/03/05
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Audrey J. Renschen
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 GOMEZ, CHRISTIAN STEVEN
```

| Document | Count | | Citation and Description | Disposition |
|---|---|---|---|---|
| 1 - 1 IND | 1 | | 18:2422(b) ENTICEMENT OF A MINOR USING THE INTERNET (F) | Terminated |
| 13 - 1 | 1-S | | 18:2422(b) ENTICEMENT OF MINOR USING THE INTERNET (F) | Sentenced (33-1) |
| 13 - 1 | 2-S | | 18:2422(b) ATTEMPTED ENTICEMENT OF A MINOR USING THE INTERNET (F) | Sentenced (33-1) |
| 13 - 1 | 3-S | | 18:2253(a)(3) CRIMINAL FORFEITURE | Sentenced (41-2) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0023--CR (JKS)
                                 "USA V CHRISTIAN STEVEN GOMEZ"

                                        For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 03/15/05
            Closed: 11/03/05
No. of Defendants: 1


Document #   Filed     Docket text

NOTE  -  1   03/15/05  [Re: DEF 1] Issued WOA

    1 -  1   03/15/05  [Re: DEF 1] PLF 1 Indictment.

    2 -  1   03/15/05  [Re: DEF 1] AHB Grand Jury Minutes Indictment Secret.  Warrant of Arrest
                       to be issued.  No bail set (Detention per 18:3142).

NOTE  -  2   04/15/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested 4/14/05.

    3 -  1   04/15/05  {SEALED}

    4 -  1   04/15/05  {SEALED}

    5 -  1   04/15/05  [Re: DEF 1] PLF 1 Unopposed motion to reschedule 4/22/05 hearing one
                       hour later.

    6 -  1   04/18/05  [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Arr on Indt
                       (held 4/15/05); M. Dieni appt'd as cnsl; det hrg set for 4/22/05 at
                       10:00 am; PTMs due 4/29/05; no trial date set.  cc:  USA, FPD, USM,
                       USPO, Judge Singleton

    7 -  1   04/18/05  DEF 1 Financial Affidavit.

    8 -  1   04/18/05  [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set for
                       4/22/05 at 10:00 am.  cc: USA, FPD, USA, USPO

    9 -  1   04/18/05  [Re: DEF 1] AHB Order regarding preparation for trial; meet and confer
                       date set for 4/20/05; PTMs due 4/29/05.  cc:  USA, FPD

   10 -  1   04/18/05  [Re: DEF 1] AHB Order granting unopposed motion to reschedule 4/22/05
                       hearing one hour later (5-1).  Det hrg is set for 4/22/05 at 11:00 am.
                       cc: AUSA, FPD, USM, UPSO

   11 -  1   04/18/05  [Re: DEF 1] Return of WOA executed on 4/14/05.

NOTE  -  3   04/19/05  Notation: Proposed trial date setting for arraignment and notice of
                       speedy trial act deadlines forwarded to Judge Singleton's chambers.

   12 -  1   04/19/05  [Re: DEF 1] JKS Minute Order setting TBJ on 5/31/05 @ 9:00 a.m. & FPTC
                       set 5/23/05 @ 10:00 a.m.; trial docs due 5/18/05. cc: USA, FPD, USM,
                       USPO, MJ Branson, JC

   13 -  1   04/20/05  [Re: DEF 1] PLF 1 First Superseding Indictment.

   14 -  1   04/21/05  [Re: DEF 1] AHB Grand Jury Minutes re no bail set; set for arr & notify
                       USM; def in fed custody.

   15 -  1   04/21/05  [Re: DEF 1] AHB Minute Order Arraignment on the SIndt is set for 4/22/05
                       at 10:00 a.m. in Courtroom #5.  cc: AUSA, FPD, USM, USPO
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0023--CR (JKS)
"USA V CHRISTIAN STEVEN GOMEZ"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 04/21/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 17 - 1 | 04/22/05 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] Arr on SIndt and Det hrg held 4/22/05.  Def plead not guilty on cts 1 & 2 of the SIndt. Def detained.  Cont det hrg set for 4/29/05 at 10:00 a.m.  cc: AUSA, FPD, USM, USPO, Judge Singleton |
| 18 - 1 | 04/22/05 | [Re: DEF 1] AHB Order regarding preparation for trial.  Discovery conf meeting set for 4/25/05. Discovery conf certificate due w/in 10 days after the meeting.  Pretrial motions due by 5/6/05.  cc: AUSA, FPD |
| 19 - 1 | 04/25/05 | [Re: DEF 1] AHB Minute Order the det hrg set for 10:00 a.m. 4/29/05 is rescheduled for 9:00 a.m. 4/29/05.  cc:  AUSA, FPD, USM, USPO |
| 20 - 1 | 04/28/05 | DEF 1 Unopposed motion to vacate and reschedule bail hearing set for 4/29/05. |
| 21 - 1 | 04/29/05 | [Re: DEF 1] AHB Order granting Unopposed motion to vacate and reschedule bail hearing (20-1).  cc: AUSA, FPD, USM, USPO |
| 22 - 1 | 05/05/05 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re Continued Bail/Detention Hearing (held 05/03/05); Deft's oral mot for trans of GJ Testimony of Kevin Laws Denied; Deft's oral mot to rls the def to PTPC w/conditions Denied; Deft's detention cont. w/att wit,exh list. CC: USA, FPD, USM, USPO. |
| 23 - 1 | 05/05/05 | [Re: DEF 1] AHB Order of Detention Pending Trial/Hearing. CC: USA, FPD, USM, USPO. |
| 24 - 1 | 05/23/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re FPTC (held 5/23/05); PCOP set for 6/21/05 at 10:00 am; FPTC and TBJ vacated.  cc: USA, FPD, USM, USPO, Jury Clerk |
| 25 - 1 | 05/24/05 | [Re: DEF 1] JKS Order of excludable delay under code 18:3161(h)(1)(I). |
| 26 - 1 | 06/08/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Singleton |
| 27 - 1 | 06/17/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 28 - 1 | 06/21/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re PCOP (held 6/21/05); def plead guilty to Cts 1 & 2 and agreed to forfeiture as stated in Ct 3; IOS set for 9/12/05 at 10:00 am; def detained; prel order of forfeiture signed.  cc:  USA, FPD, USM, USPO, MJ Roberts |
| 29 - 1 | 06/22/05 | [Re: DEF 1] JKS Preliminary Order of Forfeiture. cc: USA, FPD, USM, USPO |
| 30 - 1 | 09/06/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 31 - 1 | 09/07/05 | DEF 1 Sentencing Memorandum w/att aff. |
| 32 - 1 | 09/13/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] Imposition of Sentence (held 09/12/05); Defendant sentenced as stated in the judgment; stipulated corrections to the presentence/supplemental presentence report in paragraphs 39 & 45; parties agreement to special conditions re #7; Court stayed proceedings for 90 days re; court 3 of the first |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0023--CR (JKS)
                                "USA V CHRISTIAN STEVEN GOMEZ"
```

| | | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| | | superseding indictment and counsel to file appropriate paperwork on or before 12/14/05; payment coupon given to defendant re fine and restitution.  CC: USA, FPD, USM, USPO, finance. |
| 33 - 1 | 09/13/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1S,2S of document (13-1); sent 87 mos; SR 60 mos; SA $200; Restitution $11,500. cc: USA, FPD, USM, USPO, MJ Roberts, Finance, FLU, def w/cnsls cy |
| 34 - 1 | 09/20/05 | DEF 1 motion to correct judgment re restitution. |
| 35 - 1 | 09/23/05 | USM Return of svc on proof of publication of notice of forfeiture re: DEF 1 in Fairbanks Daily News-Miner on 8/7;8/14 & 8/21/O5. |
| 36 - 1 | 09/30/05 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to correct judgment re restitution (34-1). |
| 37 - 1 | 10/03/05 | [Re: DEF 1] JKS Order granting motion to correct judgment re restitution (34-1).  The judgmetn shall be amended to state that restitution now due andowing is $1,137 and restitution up to a total of $11,500 is due and owing only in the event that the victim submits a claim that she has incurred uninsured psychological counseling expenses.   cc: AUSA, FPD, USM, USPO, ECRS |
| 38 - 1 | 10/11/05 | [Re: DEF 1] Partial Transcript of Imposition of Sentence (held 09/12/05). |
| 39 - 1 | 10/12/05 | [Re: DEF 1] JKS Judgment (Amended) pled guilty to count(s) 1S,2S of 1st SIndt; sent 87 mos; SR 60 mos; SA $200; Restitution $11,500. cc: USA, FPD, USM, USPO, MJ Roberts, Finance, FLU, def w/cnsls cy |
| 40 - 1 | 10/31/05 | [Re: DEF 1] PLF 1 motion for final decree of forfeiture w/att decl. |
| 41 - 1 | 11/03/05 | [Re: DEF 1] JWS Final Decree of Forfeiture. cc: USA, FPD, USM, def w/cnsls cy, MJ Roberts |
| 41 - 2 | 11/03/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 3S of document (13-1). |